IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA ) CR 08 39ML
v. ) CR. NO.
MYNOR VELIZ ) In Violation of 8 U.S.C. §§ 1326(a)and (b)(2)

FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

On or about April 8, 2008, Defendant MYNOR VELIZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States.

All in violation of 8 U.S.C. §§ 1326 (a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
First Assistant U.S. Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

DATE: 4/16/08