# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 08-39ML***

***To: US ICE***
***SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **MYNOR VELIZ**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **22** day of **April, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**PLEASE HAVE THE DEFENDANT AT THE COURTHOUSE FOR 9:00 A.M.**

I hereby certify and return that
I did bring

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: April 17, 2008.

David A. DiMarzio, Clerk

Arraignment

*By* ***Martha Saucier - Deputy Clerk***