1474570

RECEIVED
U.S. MARSHALS SERVICE
APR 16 2008
District of Rhode Island

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

MYNOR VELIZ

**WARRANT FOR ARREST**

Case Number: CR 08-39ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MYNOR VELIZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☑ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

charging him or her with (brief description of offense)
ILLEGAL REENTRY

☑ in violation of Title 8 United States Code, Section(s) 1326(a) & (b)(2)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

Martha Saucier
Name of Issuing Officer

Martha Saucier
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

04/16/2008 Providence RI
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at Central Falls, RI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/16/08 | CJ Wyant SDUSM | CJ Wyant |
| DATE OF ARREST 04/22/08 | | |