UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR08-39-ML |
| | ) | |
| MYNOR VELIZ | ) | |

MOTION TO EXPEDITE SENTENCING

Now comes Mynor Veliz, the Defendant in the above captioned matter, by and through his counsel, and moves that this Honorable Court expedite his sentencing to the earliest possible date. The sentencing guidelines in his case, as calculated by probation, place him in an advisory sentencing range of 0 to 6 months. Mr. Veliz has been held since his arraignment in this Court on April 22, 2008. The United States through Assistant United States Attorney Richard Myrus indicates no objection to this motion.

Respectfully submitted
MYNOR VELIZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on the United States on July 23, 2008.

/s/ Mary S. McElroy