UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR08-39-ML |
| | ) | |
| MYNOR VELIZ | ) | |

---

OBJECTION TO PRESENTENCE REPORT

Now comes Mynor Veliz, the Defendant in the above captioned matter, by and through his counsel, and moves that this Honorable Court strike the language in the prosecutions version in the presentence report that says Mr. Veliz "is a member of the street gang known as MS-13". In support of this objection Mr. Veliz asserts that this statement is irrelevant to the charges in this case and has not been admitted or proved in this case.

Respectfully submitted
MYNOR VELIZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on the United States on July 25, 2008.

/s/ Mary S. McElroy